IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELL PULLETT,

      Petitioner,               No. CIV S 07-1755 FCD DAD P

    vs.

UNKNOWN,

      Respondent.           ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has requested an extension of time to file a petition for writ of habeas corpus and an application to proceed in forma pauperis in accordance with this court's October 10, 2007 order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's October 31, 2007 motion for an extension of time is granted; and

        2. Petitioner is granted forty-five days from the date of this order to file a petition for writ of habeas corpus and an application to proceed in forma pauperis.

DATED: November 16, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/9/bb
pull1755.111