IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELL PULLETT,

        Petitioner,                 No. CIV S 07-1755 FCD DAD P

    vs.

UNKNOWN,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se. On October 10, 2007, this court advised petitioner that, in order to commence an action in this court, he must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and he must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). The court granted petitioner thirty days to comply with the order. Subsequently, the court granted petitioner an additional forty-five days to comply with the order.

        Petitioner has filed a request to hold this case in abeyance until he finds an attorney. Petitioner is advised that while his case is pending before this court, he has the responsibility to prosecute the action. Accordingly, the court will deny petitioner's request to stay this litigation. However, the court will grant petitioner a final thirty days to file a petition for

/////

writ of habeas corpus and pay the required filing fee or file an application to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's December 20, 2007 request to hold this case in abeyance is denied; and

2. Petitioner is granted a final thirty days from the date of this order to file a petition for writ of habeas corpus and an application to proceed in forma pauperis.  Petitioner's failure to comply with this order will result in a recommendation for dismissal of this action.

DATED: January 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
pull1755.111(2)

2